NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT EARL WILLIAMS,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D16-3334
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____ )

Opinion filed August 16, 2019.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci and Deno
Economou, Judges.

Howard L. Dimmig, II, Public Defender, and
Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neill, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and KELLY and BLACK, JJ., Concur.